IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| | § | **CASE NUMBER 6:09-CR-00009-017-RC** |
| **v.** | § § § § | |
| **CHARLES DAVID CHRISTINE** | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Charles David Christine be committed to the custody of the Bureau of Prisons for a term of imprisonment of 14 months to include the 21 days of unserved community confinement with no term of supervised release to follow. This sentence shall run concurrently with any sentence that will be imposed in Case No. 6:17-CR-00043.

**So Ordered and Signed**
**Jun 7, 2017**

_____
Ron Clark, United States District Judge